**No. 60380.**—Scribbans-Kemp (USA), Ltd. *v.* United States, protests 208869–K and 199574–K (New York).

Opinion by Donlon, J. Counsel for the respective parties stipulated as to the net weights of the biscuits in question, described as Bourbon, Carlton, Shortcake, and Devon. On the agreed facts and on the basis of the respective net weights stipulated, it was held that the biscuits are taxable under sections 2470 and 2491, Internal Revenue Code, as modified, *supra*, as follows: (1) As to the biscuits, described as Bourbon, 1.90 percent of the net weight consisting of coconut oil, at 5 cents per pound; 5.78 percent consisting of palm-kernel oil, at 3 cents per pound; and 3.88 percent consisting of whale oil, at 1½ cents per pound; (2) as to the biscuits, described as Carlton, 5.12 percent of the net weight consisting of coconut oil, at 5 cents per pound; 10.68 percent consisting of palm-kernel oil, at 3 cents per pound; and 5.56 percent consisting of whale oil, at 1½ cents per pound; and (3) as to the biscuits, described as Shortcake, 7.45 percent of the net weight consisting of palm-kernel oil, at 3 cents per pound, and 7.45 percent consisting of whale oil, at 1½ cents per pound. As to the biscuits, described as Devon, which contained none of the products specified in the Internal Revenue Code, such biscuits were held not to be taxable thereunder. All claims with respect to other merchandise covered by these protests, having been abandoned, were dismissed.

**No. 60381.**—F. E. Macartney *v.* United States, protests 249301–K, etc. (Duluth).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of ergoty screenings similar in all material respects to those the subject of *Universal Laboratories* v. *United States* (35 Cust. Ct. 23, C. D. 1715), the claim for free entry was sustained as to the percentages of ergot content of the merchandise, as set forth in the schedule "A," attached to and made part of the decision. The remaining merchandise was held dutiable, as assessed.

**No. 60382.**—Alexander & Baldwin, Ltd., et al. *v.* United States, protests 194297–K, etc. (Honolulu).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of sazae similar in all material respects to the commodity involved in *Pacific Mutual Sales Co.* v. *United States* (36 Cust. Ct. 100, C. D. 1758), the claim of the plaintiffs was sustained.